Michael C. SMART, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2008–3120.

United States Court of Appeals,
Federal Circuit.

Feb. 27, 2008.

Michael C. Smart, pro se.

### ORDER

Order Vacated, See 2008 WL 1753557.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.